IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DERRICK TULLOUS, on Behalf of Himself and All Others Similarly Situated, *Plaintiffs*, | § § § § | CIVIL ACTION NO. 4:06-cv-01858 |
| v. | § § | |
| TEXAS AQUACULTURE PROCESSING COMPANY LLC, and ST DESIGN CORPORATION d/b/a PROSOURCE MANAGEMENT SOLUTIONS, *Defendants* | § § § § § | |

### FINAL JUDGMENT

The parties announced to the Court that they reached a settlement. On subsequent motion, the Court approved the settlement. The parties have now asked, in light of the Court's approval of the settlement, for entry of a take nothing judgment that fully and finally disposes of all claims that were or could have been asserted in the above-captioned matter. Accordingly, the Court hereby ORDERS, ADJUDGES, and DECREES that Plaintiff Derrick Tullous and all similarly-situated individuals who filed consents to participate in the above-captioned action shall take nothing by their claims.

All costs are taxed against the party incurring same.

All relief not granted herein is DENIED.

This is a Final Judgment.

_____
Hon. Melinda Harmon, U.S. District Judge

Date Signed: March 3, 2009

APPROVED AS TO
SUBSTANCE AND FORM:

DOW GOLUB REMELS & BEVERLY, LLP


By: s/Andrew S. Golub
    Andrew S. Golub
    State Bar No. 08114950
    S.D. Tex. ID No. 13812
    8 Greenway Plaza, 14th Floor
    Houston, Texas 77046
    Tel: (713) 526-3700
    Fax: (713) 526-3750

    ATTORNEY FOR ST DESIGN CORP.
    d/b/a PROSOURCE MANAGEMENT SOLUTIONS

DEBES LAW FIRM


By: s/ Robert R. Debes, Jr.
    Robert R. Debes, Jr.
    State Bar No. 05626150
    S.D. Tex. ID No. 12308
    17 South Briar Hollow Lane, Suite 302
    Houston, Texas 77027
    713-623-0900 (o)
    713-623-0951 (fax)

    ATTORNEYS FOR PLAINTIFFS

DUCKETT, BOULIGNY & COLLINS, LLP


By: s/ Richard L. Kerzee
    Richard Kerzee
    P.O. Box 1567
    207 West Jackson
    El Campo, TX 77437
    979.543.6845 voice

    ATTORNEYS FOR TEXAS AQUACULTURE
    PROCESSING COMPANY LLC